PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Anh Tuan Nguyen**

**Docket No. 0:01CR00073-001(ADM)**

**Petition on Supervised Release**

COMES NOW **John P. Rayman,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Anh Tuan Nguyen** who was sentenced for *[offense] on September 5, 2002, by the Honorable Ann D. Montgomery, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No firearms, destructive devices, or other dangerous weapons
- Mandatory drug testing.
- Drug aftercare.
- 150 days home detention/electronic monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

A urine sample obtained from Mr. Nguyen on March 30, 2005, tested positive for THC. Mr. Nguyen admitted he had used marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

SCANNED
APR 1 4 2005
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 13th day of April, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
U.S. Probation Officer

Executed on April 12, 2005
Place Minneapolis