Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Anh Tuan Nguyen

Docket No. 0:01CR00073-001 (ADM)

**HEARING WAIVER**

I, Anh Tuan Nguyen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

Signed: [signature]
Anh Tuan Nguyen
Supervised Releasee

Dated: 4/12/05

Witness: [signature]
John P. Rayman
U.S. Probation Officer

SCANNED
APR 14 2005
U.S. DISTRICT COURT MPLS